IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| DAVID ATKINS, ) | | |
| ) | | |
| Plaintiff-Appellant ) | | |
| ) | | |
| v. ) | No. 10-60940 | |
| ) | | |
| KEN SALAZAR, SECRETARY ) | | |
| DEPARTMENT OF THE INTERIOR ) | | |
| ) | | |
| Defendant-Appellee ) | | |
| ) | | |
| _____) | | |

**MOTION FOR PUBLICATION OF OPINION**

    Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and the United States Court of Appeals for the Fifth Circuit, Rule 47.5, the United States Department of Interior hereby moves that this Court publish its opinion in this matter, which was issued on December 12, 2011. In support of this motion, the government states:

    1.  The plaintiff-appellant, David Atkins ("Atkins"), is a former law enforcement park ranger for the United States Department of Interior, who was reassigned to a staff ranger position based on the conclusion of a medical review board constituted by the National Park Service (an agency of the Department of Interior) that his uncontrolled diabetes could prevent him from safely performing his duties. In March 1999 "medical qualification standards," were implemented by the National Park Service for its park rangers pursuant to 5 C.F.R. pt. 339. Said medical standards "must be justified on the basis that the duties of the affected position are arduous or hazardous, or require a certain level of fitness because the nature of the position involves a higher degree of

responsibility to the public or sometimes National security concerns." 5 C.F.R. § 339.202. Upon his inability to meet the National Park Service's medical qualification standards several times and the medical review board's failing to grant him another waiver, Atkins' law enforcement certification was revoked and he was reassigned to a staff ranger position. Atkins filed a complaint of disability discrimination alleging he was wrongfully removed from his park ranger position due to him being an insulin dependent diabetic. The litigation focused on Atkins' challenge to the Department of Interior's affirmative defense to his disability discrimination claim under the Rehabilitation Act that Atkins' reassignment was job-related and consistent with business necessity.

2. This Court issued an unpublished decision on December 12, 2011, affirming the district court's opinion that the Department of Interior's decision to reassign Atkins, based on his failure to meet the National Park Service's medical qualification standards, was a business necessity because Atkins' uncontrolled diabetes could render him unable to perform his duties and become a danger to himself, his fellow workers and the public.

3. The opinion should be published for several reasons:

(a) There is a dearth of case law involving business necessity/direct threat in the Courts of Appeals. Therefore, publication of this opinion would provide an important precedent to guide the district courts within this Circuit, as well as future panels of this Court, and other courts throughout the country, when similar questions arise that concern review of agency rules subject to judicial review that deal with medical qualification standards and the affirmative defenses of business necessity and/or direct threat to allegations of disability discrimination.

(b)     This case discusses factual and/or legal issues of significant public interest and the United States would like to have the opinion published pursuant to the Federal Rules of Appellate Procedure and the United States Court of Appeals for the Fifth Circuit, Rule 47.5.

(c)     This Court's reasoning in its 27-page opinion is sufficiently detailed to warrant publication.

Respectfully submitted, this 29th day of March 2012.

>FELICIA C. ADAMS
>United States Attorney
>
>By:   */S/ AVA N. JACKSON*
>         AVA N. JACKSON, MSB #2959
>         Assistant United States Attorney
>         900 Jefferson Avenue
>         Oxford, MS 38655-3608
>         (662) 234-3351
>         (662) 234-3318 (Fax)
>
>By:   */S/ FELEICA L. WILSON*
>         FELEICA L. WILSON, MSB #9900
>         Assistant United States Attorney
>         900 Jefferson Avenue
>         Oxford, MS 38655-3608
>         (662) 234-3351
>         (662) 234-3318 (Fax)

## CERTIFICATE OF SERVICE

I, AVA N. JACKSON, Assistant United States Attorney for the Northern District of Mississippi, do hereby certify that I filed the foregoing Motion for Publication of Opinion using the Court's ECF system, and have this day served a copy of same by emailing a true copy of said brief to:

    John Wallace Griffin, Jr.
    Email: jwg@lawmgk.com

    Robert Edward McKnight, Jr., Esq.
    Email: mcknightr@lawmgk.com

    Jim D. Waide, III, Esq.
    Email: waide@waidelaw.com

    Brian Dean East, Esq., Senior Attorney
    Email: beast@advocacyinc.org

THIS, the 29th day of March 2012.

                                              */S/ AVA N. JACKSON*

                                              AVA N. JACKSON